```
Hugo Torbet
Attorney at Law, SBN 147650
3223 Webster St.
San Francisco, CA 94123
Telephone: (415) 986-9400
Fax: (415) 358-8650
email: hugotorbet@yahoo.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCLINE ENERGY LLC, | No. 15-cv-03411-WHO |
| Plaintiff, | |
| v. | STIPULATION OF GOOD CAUSE AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| STEVEN L. WEINER, KATHY WEINER, a/k/a KATHERINE WEINER, PRODUCT INNOVATIONS LLC, US CLAIMS OPCO LLC, and DOES 1 through 25, inclusive, | |
| Defendants. | |

The parties, through their counsel, hereby stipulate as follows:

1.  The initial case management conference is scheduled for November 3, 2015, with the joint case management statement and initial disclosures being due on October 27, 2015.

2.  Defendants Steven L. Weiner and Kathy Weiner have set a motion to dismiss this case for November 18, 2015.

3.  Good cause exists to continue the initial case management conference and the date on which to file the joint case management statement and to make the initial disclosures, in

that if this work is performed before the motion to dismiss is decided, and if the motion to dismiss is successful, the work will have been for naught.

Wherefore, the parties request that the court continue the initial case management conference to December 15, 2015, at 2:00 p.m., and also that the court set December 8, 2015, as the deadline for filing the joint case management statement and Rule 26(f) Report and for making the initial disclosures.

Dated: October 12, 2105

                              Respectfully submitted,

                              /s Hugo Torbet

                              Attorney for Plaintiff

                              /s Dominic V. Signorotti

                              Attorney for Defendants Steven L. Weiner, Kathy Weiner, and Product Innovations LLC

                              /s J. Scott McKay

                              Attorney for Defendant US Claims, Inc.

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The initial case management conference is continued as follows:

      Date:  December 15, 2015      Time:  2:00 p.m.

2. The parties are to file their Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement per Standing Order re

Contents of Joint Case Management Statement no later than:

Date: December 8, 2015.

Dated: November 4, 2015

Hon. William H. Orrick
United States District Judge