UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCLINE ENERGY LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN L. WEINER, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03411-WHO   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:  February 24, 2016<br>ENE Evaluator:  Kathleen Strickland |

　　　IT IS HEREBY ORDERED that the request to excuse defendant US Claims, Inc.'s corporate representative, Darryl Levine, from appearing in person at the February 24, 2016, ENE before Kathleen Strickland is GRANTED.  Mr. Levine shall participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

　　　**IT IS SO ORDERED**.

Dated: January 15, 2016

Maria-Elena James
United States Magistrate Judge